**United States District Court for the Eastern District of Texas**
**www.txed.uscourts.gov**

**NON-PRISONER *PRO SE* FILER INSTRUCTIONS (rev. 12.10.2025)**

The following reminders are provided to *pro se* litigants (litigants representing themselves/filing without an attorney):

## FEDERAL COURTS HAVE LIMITED JURISDICTION.

Regarding our:

- Civil Case (CV) docket – Matters that are not subject to this court's jurisdiction may be transferred to another federal court where venue is proper or dismissed. Filing fees are not refunded for dismissed cases. The clerk does not screen civil cases for proper jurisdiction and is prohibited from providing legal advice. Ensure your case is subject to this court's jurisdiction and that venue is proper before you file.

- Miscellaneous Case (MC) docket – It is designated for limited matters that are usually ancillary to other federal cases. Non-standard matters that do not seek relief from a judge of this court are ineligible for acceptance.

## YOUR CASE AND DOCUMENTS WILL BE PUBLICLY ACCESSIBLE VIA THE COURT'S PACER SYSTEM.

- Because documents are accessible worldwide via the judiciary's Public Access to Court Electronic Records (PACER) system, Rule 5.2 of the Federal Rules of Civil Procedure (Fed. R. Civ. P.) requires you to redact your social security number, tax ID number, and financial account numbers to the last four digits and dates of birth to display only the year.

- The clerk does not apply redactions to documents or review documents for compliance. Sealed documents are subject to the provisions of Rule 5(a)(7) of this district's Local Rules – Civil Rules (LR CV).

- Please note, even if you mail letters directly to a judge, they are usually sent to the clerk's office for public docketing. You are encouraged to communicate all matters intended for review by a judge via a properly captioned pleading or document that complies with federal and local filing rules.

## THE COURT WANTS TO PROVIDE EFFECTIVE SERVICE AND COMMUNICATION.

- Under LR CV-11, the signature block on every document must include your name and physical address (a PO box is not allowed). If you have a telephone number and email address, please include them, too. Should your physical address change after you file the complaint, you must file a written notice that identifies all your cases. If you fail to keep the clerk informed of your current address, you may not receive orders and notices of hearings, which could result in your case being dismissed.

- You will find the federal and local rules on our website under the **Rules & Orders** tab, a list of legal services, law libraries, and Pro Se forms (including the civil cover sheet, a variety of complaint form options, and a motion to proceed *in forma pauperis* ("IFP") under the **Pro Se** tab. Court addresses are under the **Court Information** tab.

- Your complaint must be handwritten or typed, signed in ink, and filed in paper. LR CV-5(a) does not authorize case initiation via email or fax, but once your case has been filed in paper, you may register for electronic filing (e-filing). Even if you do not want to e-file, you may consent to receive electronic notices of filings in your case, so you are immediately notified via email of every document and order filed. Please see the **Invitation to a TXED Non-Prisoner Pro Se Party to Electronic Filing / Electronic Notice** on the **Pro Se Forms** page.

## YOU MAY BE ELIGIBLE TO PROCEED WITHOUT PREPAYMENT OF THE FILING FEE.

The fee to file a complaint is $405. This includes the $350 fee required by 28 U.S.C. § 1914(a) and the $55 fee required by 28 U.S.C. § 1914(b) and the District Court Miscellaneous Fee Schedule. If you file a motion to proceed IFP that is granted, both fees will be waived.

## SERVICE OF PROCESS OF YOUR COMPLAINT REQUIRES PRECISE PROCEDURES.

- IFP Cases: The judge must issue an order before service of process may commence, after the judge completes screening under 28 U.S.C. § 1915(e)(2)(B) (*see Newsome,* 301 F.3d at 231 applying it to non-prisoner cases). If the judge orders service to commence, the clerk will issue the summons, which the U.S. Marshal typically serves. If necessary, the clerk will send the summons forms to you to complete before returning to us for issuance.

- Fee Paid Cases: Unless the defendant waives service, you must serve each defendant with a copy of the complaint in accordance with the provisions in Fed. R. Civ. P. 4. The waiver of service and summons forms are available on our website under the **Pro Se** tab**.** If you intend to serve via summons, follow the instructions found on our website under the **Filing** tab, **Filing Procedures** menu, **Civil Cases** link to request issuance. After service is complete, file proof of service as required by Fed. R. Civ. P. 4(l).

    - If you intend to serve by mail, review Rules 103, 106, and 107 of the Texas Rules of Civil Procedure regarding *who* may serve, method required, and what is necessary to show proof of service. If you want to use the provision in Rule 103 to use someone to serve by mail who is not authorized by law or certified as a private process server under order of the Texas Supreme Court, submit your request in writing.

    - If you sue a federal agency or employee thereof, you must also serve the local U.S. Attorney and the U.S. Attorney General. See the **Designation of Personnel for Acceptance of Service of Process upon the U.S. Attorney in Civil Cases** on our website under the **Filing** tab, **Filing Procedures** menu, **Civil Cases** link.

## A CERTIFICATE OF SERVICE MAY BE REQUIRED AFTER ANOTHER PARTY HAS APPEARED IN YOUR CASE.

- If you become a registered e-filer:
  A certificate of service will not be required for a document served via the court's electronic filing system (see Fed. R. Civ. P. 5(d)(1)(B)), but documents that are not served via e-filing must be served outside of the e-filing system and must include a certificate of service (*e.g.,* those served on another party who is not a registered e-filer, sealed documents inaccessible for viewing via PACER).

- If you do not register to e-file:
  Although the clerk's entry on the docket of public paper filings usually results in the service of your document upon registered e-filers pursuant to LR CV-5(e), after another party has appeared in your case, you must serve them with a copy of each document you file and include the certificate of service required by Fed. R. Civ. P. 5(d). (Note: The clerk's entry does not serve sealed documents as they cannot be viewed in PACER.)

- If a certificate of service is required, it should appear after the usual signature block at the end of the document and indicate the name of the person(s) served, the method of service, and the date of service. For example:

  *CERTIFICATE OF SERVICE: I certify that a true and correct copy of the foregoing document was forwarded by [authorized method used to serve] to [each attorney/party name that you serve] on [date].*

  ___________________________
  *[Signature]*

**Invitation to a TXED Non-Prisoner Pro Se Party to Electronic Filing / Electronic Notice**

After initially filing a document in paper, you may become a **Filing User** and file electronically (e-file); see instructions on page 2. Even if you do not want to e-file, you may elect to **receive electronic notices** of filings in your case:

**IF YOU ALREADY HAVE E-FILING PRIVILEGES IN ANY CASE IN THIS DISTRICT:**

Submit this form with any new complaint – or any time thereafter – so the clerk can tie your PACER account to your new case and ensure the case is set to permit e-filing and send electronic notices.

Provide the style of the new case and the number of any case in which you already e-file (an "accessible" case) since it will help us link the correct party record for you to your new case:

____________________________________________________________________________

You must also sign the form at the bottom.

**IF YOU WISH TO CONSENT TO RECEIVE ELECTRONIC NOTICE (and you do not have e-filing privileges in this district yet, or you do not want to e-file):**

When you file your first document in paper in a case, or any time thereafter, you may consent to receive electronic notices by reviewing the consent language below, signing the form in ink, and returning it to the clerk:

*I consent to receive CM/ECF's Notice of Electronic Filing (NEF) via email for service of public orders and judgments (and service of restricted orders/judgments via email of a password-protected PDF) under Fed. R. Civ. P. 77(d) in all cases in which I am a party. I waive service by other means of other public documents under Fed. R. Civ. P. 5(b)(2) unless electronic service is not allowed under the rules. If my contact information changes, I will file a notice in my case and update my contact information in my PACER e-Filing account.*

*I acknowledge that when I receive a NEF with a link to a document I am authorized to view, I must download it within 15 days and immediately save it – "the one (1) free look." If I fail to do so, I may ask the clerk to regenerate notice, creating a new "free look" period; otherwise, I will be charged PACER's per-page rate to view the document should I exceed their quarterly threshold for free views. If the frequency with which I request NEF regeneration negatively impacts the clerk's ability to provide timely service to other customers, the clerk may terminate my electronic notice and notify all parties so that service by another means under Fed. R. Civ. P. 5(b)(2) may resume. For the same reason, if I wish to withdraw my consent to receive electronic service, I will file a notice in my case.*

List the style of any new case (and/or the case number of any existing case for which you want electronic notice):

____________________________________________________________________________

You must also sign the form in ink below.

My signature below confirms my request to link my Filing User account or consent to receive electronic notice:

**Name:** ________________________________________ **Email:** ______________________________

**Signature:** ______________________________________ **Date:** ______________________________

## Non-Prisoner Pro Se Instructions for Registering for Electronic Filing (E-Filing)

Welcome to e-Filing! To view the various resources available to you, including filing instructions, local rules, available forms, helpful tips, and more, you are directed to the **Pro Se Instructions** on our website **www.txed.uscourts.gov** – located under the **Pro Se** tab in the main menu, in the first blue menu tab on that page. If you need assistance, please call our office – a clerk's office directory is available under the **Court Information** tab in the main menu. (If viewing online, all blue text in this document is a hyperlink to the resource. This form is also posted under the **Pro Se** main menu tab, then **Pro Se Forms**.)

The clerk reminds litigants who register for e-filing:

- You must abide by the **Federal Rules of Civil Procedure**, **Eastern District of Texas' Local Rules**, and the instructions provided in the **ECF Training resources page and below the Filing Procedures blue menu tab on that page**, all of which are posted on the court's website under the **Filing** main menu tab.
- **Fed. R. Civ. P. 11** applies with full force and effect to every document you file.
- You must file a notice in your case when your email or address changes. You must also update your contact information, including your e-mail address, through PACER's **Manage My Account** screen.
- You must save each document during the "one free look" period. Otherwise, you may be charged PACER's per-page rate. You may also view documents and docket sheets in our offices at no charge. If you need a notice regenerated as a courtesy, please call our office for assistance.
- E-filing privileges are routinely disabled by the clerk after the disposition of the case (which includes any appeal or the expiration of the time to appeal). If you are a Filing User but cannot e-file in a case, complete the first row of the table on the form on the preceding page or call our office for assistance. Additionally, if you abuse your e-filing privileges, the court or clerk may disable them. If that occurs, the clerk will notify all parties so that service by other means under Fed. R. Civ. P. 5(b)(2) may resume.

**TO REGISTER TO BECOME A FILING USER:**

1) Create a PACER account if you do not already have one by registering at: **www.pacer.gov**.

2) Submit your e-filing request to the Eastern District of Texas:
   Log into your PACER account at **www.pacer.gov**, and under **My Account & Billing** in the main menu (or the Manage Your Account panel directly below), select **Manage My Account Login***,* then **Log in to Manage My Account** and enter your PACER credentials:

   - Click on the Maintenance tab.
   - Click the Non-Attorney E-File Registration link.
   - Select U.S. District Courts for Court Type and Eastern District of Texas for Court.
   - Follow the prompts to submit the request.

3) Wait for Court Processing:
   We will send an email once a request has been processed – usually within one (1) business day. You may check the status by accessing the Maintenance tab described above and clicking Check E-File Status.

If you need assistance, please call us. We are honored to serve you.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| *Defendant* | ) | |

## NOTICE REGARDING CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. Section 636(c), you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, which would prevent the court's trial jurisdiction from being exercised by a magistrate judge.

An appeal from a judgment entered by a magistrate judge shall be taken to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## NOTICE

In accordance with the provisions of 28 U.S.C. Section 636(c), each undersigned party voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| *Printed name of party/attorney* | *Signature of party/attorney* | *Date* |
|---|---|---|
| | | |
| | | |
| | | |

Clerk's Note:
Return this form to the clerk of court only if you consent to the exercise of jurisdiction by a United States magistrate judge. To e-file the form, remember to flatten it first, then use the *Notice Regarding Consent to Proceed Before Magistrate Judge (sealed)* event found in the Notices category of CM/ECF.

If all necessary parties consent and the district judge elects to transfer the case to the magistrate judge, the consents and order of reference will be entered on the public docket.