**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JARED LANE WISE,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 4:26-CV-00050-JCB** |
| | § | |
| **v.** | § | |
| | § | |
| **GREGORY EDMONT DE LA DOUCETTE, EDMONT FOUNDATION,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the court is Plaintiff Jared Lane Wise's complaint, filed *pro se*, containing allegations related to malicious prosecution, defamation, and fraud. (Doc. No. 1.) Plaintiff did not, however, pay the requisite filing fee of $405 or submit an application to proceed *in forma pauperis*. Plaintiff must submit the filing fee or be permitted to proceed *in forma pauperis* before he can continue with the lawsuit.

Accordingly, it is **ORDERED** that Plaintiff has thirty (30) days from the receipt of this order to either pay the $405 filing fee or submit an application to proceed *in forma pauperis*. Any application to proceed *in forma pauperis* shall be filed on the court's standard form available at http://www.txed.uscourts.gov/sites/default/files/forms/motion_to_proceed_in_forma_pauperis_0.pdf. The Clerk shall accept no other documents from Plaintiff until he has complied with this order. Failure to comply with this order may result in the dismissal of the case.

**So ORDERED and SIGNED this 16th day of January, 2026.**



JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE