**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **JARED LANE WISE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GREGORY EDMONT DE LA DOUCETTE, EDMONT FOUNDATION,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:26-CV-00050-JCB** |

**ORDER**

Plaintiff, proceeding pro se, filed this action against Defendants on January 15, 2026, alleging claims for malicious prosecution, defamation, and unjust enrichment. (Doc. No. 1.) Although proceeding pro se in this matter, Plaintiff paid the full filing fee and is therefore not proceeding *in forma pauperis*. The court's website provides the following relevant instructions for pro se litigants: "[i]f the filing fee was paid, the Plaintiff is required to prepare the summons(es) for the clerk's issuance and to follow Fed. R. Civ. P. 4 to accomplish service." U.S. District Court For E.D. Tex. Pro Se Instructions, https://txed.uscourts.gov/sites/default/files/documents/Pro%20Se%20Instructions.pdf.

In accordance with Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the filing of his complaint in this matter to properly serve Defendants with a copy of the summons and complaint. *See* Fed.R.Civ.P. 4(m) ("[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). More than 90 days have passed since the filing of the complaint and there is no indication on the

record that Defendants have been served. Indeed, there has been no communication with the court since the complaint was filed. Accordingly, it is **ORDERED** that within **30 days** of the issuance of this order, Plaintiff shall provide proof of service on Defendants or show cause as to why service has not yet been effected. Failure to comply with this order and timely serve Defendants will result in the dismissal of this action.

**So ORDERED and SIGNED this 27th day of April, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE