FILED

MAY 27 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Gregory Edmont de la Doucette
E-mail: gedmont@gmail.com
Lieu Dit La Combe de Ferrière
48160 Saint-Michel-de-Dèze
France
Pro Se Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

JARED LANE WISE,

Plaintiff

v.

GREGORY EDMONT DE LA DOUCETTE

Defendant 1

EDMONT FOUNDATION

Defendant 2

Case No. 4:26-CV-00050-JCB-JDL

**DEFENDANT GREGORY EDMONT DE LA DOUCETTE'S SPECIAL APPEARANCE MOTION FOR LEAVE TO FILE ELECTRONICALLY AND RECEIVE ELECTRONIC NOTICE**

Defendant Gregory Edmont de la Doucette appears specially and solely for the limited purpose of requesting leave to file electronically and to receive electronic notice in this case. This motion does not waive, and expressly preserves, all objections to service of process, personal jurisdiction, subject-matter jurisdiction, venue, and any other defenses available under law.

Defendant resides outside the United States and is domiciled abroad. Defendant understands that this Court requires a pro se litigant to submit at least one paper filing before electronic filing privileges may be granted. Because international paper filing creates delay, and because Defendant may need to respond promptly to future filings, Defendant respectfully requests leave to file electronically through CM/ECF and to receive electronic notice in this case.

Respectfully submitted,

DATED this 15th day of May, 2026.

Gregory Edmont de la Doucette
Pro Se Defendant

CERTIFICATE OF SERVICE

I certify that on May 15, 2026, I submitted the foregoing motion by international courier to the Clerk of Court for filing.

Plaintiff is registered to receive electronic notice in this case, and service should be effected through the Court's CM/ECF system upon docketing. Out of an abundance of caution, I also served a copy by international courier to the address Plaintiff listed in his filings:

Jared Lane Wise

950 Pennsylvania Avenue NW

Washington, DC 20530

Gregory Edmont de la Doucette
Pro Se Defendant