UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Case No. 4:26-CV-00050-JCB-JDL

**AFFIDAVIT OF PLAINTIFF JARED LANE WISE**

Jared Lane Wise (Plaintiff) submits this affidavit signed under penalty of perjury in support of his request to the Court for alternative service of summons on Defendants 1 and 2.

Plaintiff writes this affidavit in response to an order from the Court in ECF 14 and does so in his best effort as a Pro Se Plaintiff to fully comply with the Court's order and the State of Texas Rules of Civil Procedure.

**ATTEMPT BY PLAINTIFF TO SERVE SUMMONS ON DEFENDANTS 1 AND 2**

The Texas Department of State Form 202 for Defendant 2, which was signed by Defendant 1 under penalty of perjury to be true, lists Defendant 1 as an "individual resident" of the State of Texas at the Sulphur Springs, TX personal address provided on the form. In addition to being the Founder and a Director of Defendant 2, Defendant 1 serves as the "Registered Agent" for Defendant 2 and certifies that he is available at the Sulphur Springs, TX address to accept service of summons for Defendant 2.

Plaintiff retained ABC Process Service in Dallas, Texas to serve process on Defendants 1 and 2 at the Sulphur Springs, Texas address listed on the form 202 in accordance with the State of Texas Rules of Civil Procedure Rule 106 (a)(1). DeMarcus Wayne Hall, Jr. of ABC Process Service in Dallas, Texas attempted service at 1) 3:55 pm on March 26, 2026; 2) at 6:27 pm on

Page 1 – **AFFIDAVIT OF JARED LANE WISE SIGNED UNDER PENALTY OF PERURY**

March 26, 2026; and 3) at 5:10 pm on March 27, 2026.  Plaintiff submitted the Proof of Service form from DeMarcus Wayne Hall, Jr. in ECF 9.

On the first attempt Defendant 1 was not at the residence and a woman (believed to be the sister of Defendant 1) answered the door. She claimed that Defendant 1 was in France but that she knew how to get a hold of him. Nobody answered the door on the second and third attempts and on the third attempt the process server left the documents at the door of the residence.

Plaintiff has made his best effort to comply with proper service of summons according to the State of Texas Rules of Civil Procedure by retaining a professional service company based in Dallas, Texas who then made three attempts to serve summons on Defendants 1 and 2 at the Sulphur Springs, Texas address listed on Texas Department of State form 202 for Defendants 1 and 2.

### DEFENDANT'S LOCATION AND ALTERNATIVE SERVICE

Defendant 1 has made multiple, contradictory claims, including under penalty of perjury, regarding his residency in the last thirteen months.

Plaintiff has not spoken with or seen Defendant 1 since October 2021 and does not know where Defendant 1 is currently located nor how to serve him in any manner other than email or the Sulphur Springs, Texas address listed on form 202.

Plaintiff believes that Defendant 1 has a history of attempting to evade legal service from Plaintiff and is doing so again in this matter.

Plaintiff is aware of multiple email addresses for Defendant 1 and has evidence that Defendant 1 is currently using several of them.  One of the emails is used by Defendant 1 in the other U.S. federal lawsuit described above to submit electronic filings and receive notices from

Page 2 – **AFFIDAVIT OF JARED LANE WISE SIGNED UNDER PENALTY OF PERURY**

the court and was also listed by Defendant 1 on ECF 11 in this matter, another email is listed on

the website of Defendant 2 as a method of contact and is believed to be managed by Defendant 1,

and others are believed by Plaintiff to have been recently used by Defendant 1.

DATED this 27th day of June, 2026.

s/Jared L. Wise

Signed Under Penalty of Perjury

Jared L. Wise, Pro Se