AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | |
|---|---|
| Jared Lane Wise | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 4:26-cv-00050-JCB-JDL |
| | ) |
| Gregory Edmont de la Doucette and Edmont Foundation | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Gregory Edmont de la Doucette

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jared Wise, Pro Se , Jared Wise , 950 Pennsylvania Avenue Northwest , Washington, DC 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-00050-JCB-JDL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Gregory Edmont de la Doucette</u> was received by me on *(date)* <u>Mar 26, 2026, 1:02 pm.</u>

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address. |
| ☐ | I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☒ | Other: <u>These documents were dropped and served on 3/27/2026 at 5:10 pm. She moved her car and didn't come to the door this time. I left the documents on the porch by her door.</u> |

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 3/27/2026

*Server's signature*

DeMarcus Wayne Hall, Process Server
PSC-24241; EXP 04/30/2026

*Printed name and title*

ABC Process Service, 4834 Swiss Ave, Dallas, TX 75204

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Mar 26, 2026, 3:55 pm CDT at 1813 FM 69 S, Sulphur Springs, TX 75482
I attempted today at 3:55 at the provided address and an elderly woman answered the door (Ms. Simmons) and I advised who I was looking for and she advised she didn't have any affiliation with the company or knew Jared. She looked to be over 60 years old.

I asked if she knew where they were located and she stated France. I asked if she knew how to get a hold of them and she stated yes. I left my business card.

I took a picture of the license plate onsite for further skip tracing and ownership information.

2) Unsuccessful Attempt: Mar 26, 2026, 6:27 pm CDT at 1813 FM 69 S, Sulphur Springs, TX 75482
Received information from client: Per LandGlide, which is an app that tracks ownership of properties across the U.S., the owner of 1813 69 S, Sulphur Springs, TX 75482, is "Sandra Billodeau".

3) Unsuccessful Attempt: Mar 26, 2026, 6:36 pm CDT at 1813 FM 69 S, Sulphur Springs, TX 75482
From the client:

2025 LEXUS NX 350 PREMIUM
VIN: 2T2GGCEZ8SC081143
Vehicle Type: CAR
Body Style: SUV|4D|4D|5P|5P
Primary Color: ORANGE
Weight:
Length: 183.5
Doors: 4
Drive Type: AWD

Registrant: SANDRA BILLODEAU
City/State: SULPHUR SPRINGS, TX
Latest Plate: WLW2750(TX) (04/16/2025-03/31/2027)

Operator: SANDRA BILLODEAU
City/State: SULPHUR SPRINGS, TX
Last Seen: (05/01/2025)

4) Successful Attempt: Mar 27, 2026, 5:10 pm CDT at 1813 FM 69 S, Sulphur Springs, TX 75482 received by Gregory Edmont de la Doucette.
These documents were dropped and served at 5:10 pm. She moved her car and didn't come to the door this time.
I left the documents on the porch by her door.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | |
|---|---|
| Jared Lane Wise | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 4:26-cv-00050-JCB-JDL |
| | ) |
| Gregory Edmont de la Doucette and Edmont Foundation | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Edmont Foundation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared Wise, Pro Se , Jared Wise , 950 Pennsylvania Avenue Northwest , Washington, DC 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-00050-JCB-JDL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Edmont Foundation</u> was received by me on *(date)* <u>Mar 26, 2026,</u> <u>1:02 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: These documents were dropped and served on 3/27/2026 at 5:10 pm. She moved her car and didn't come to the door this time. I left the documents on the porch by her door.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 3/27/2026

_DeMarcus Wayne Hall Jr_
Server's signature

DeMarcus Wayne Hall, Process Server
PSC-24241; EXP 04/30/2026
*Printed name and title*

ABC Process Service, 4834 Swiss Avenue, Dallas, TX 75204
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Mar 26, 2026, 3:36 pm CDT at 1813 FM 69 S, Sulphur Springs, TX 75482
2025 LEXUS NX 350 PREMIUM
VIN: 2T2GGCEZ8SC081143
Vehicle Type: CAR
Body Style: SUV|4D|4D|5P|5P
Primary Color: ORANGE
Weight:
Length: 183.5
Doors: 4
Drive Type: AWD

Registrant: SANDRA BILLODEAU
City/State: SULPHUR SPRINGS, TX
Latest Plate: WLW2750(TX) (04/16/2025-03/31/2027)

Operator: SANDRA BILLODEAU
City/State: SULPHUR SPRINGS, TX
Last Seen: (05/01/2025)

2) Unsuccessful Attempt: Mar 26, 2026, 3:55 pm CDT at 1813 FM 69 S, Sulphur Springs, TX 75482
I attempted today at 3:55 at the provided address and an elderly woman answered the door (Ms. Simmons) and I advised who I was looking for and she advised she didn't have any affiliation with the company or knew Jared. She looked to be over 60 years old.

I asked if she knew where they were located and she stated France. I asked if she knew how to get a hold of them and she stated yes. I left my business card.

I took a picture of the license plate onsite for further skip tracing and ownership information.

3) Unsuccessful Attempt: Mar 26, 2026, 6:27 pm CDT at 1813 FM 69 S, Sulphur Springs, TX 75482
Received information from client: Per LandGlide, which is an app that tracks ownership of properties across the U.S., the owner of 1813 69 S, Sulphur Springs, TX 75482, is "Sandra Billodeau".

4) Successful Attempt: Mar 27, 2026, 5:10 pm CDT at 1813 FM 69 S, Sulphur Springs, TX 75482 received by Edmont Foundation.
These documents were dropped and served at 5:10 pm. She moved her car and didn't come to the door this time.
I left the documents on the porch by her door.



# Texas Secretary of State
## Jane Nelson

| UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout |
|-----|------------------------|------------|---------|-----------|-----------|--------|

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 806097142 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | June 25, 2025 | **Entity Status:** | Voluntarily terminated |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32100892648 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | EDMONT FOUNDATION |
| **Address:** | 5931 GREENVILLE AVE DALLAS, TX 75206-1906 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 1493333680002 | Certificate of Formation | June 25, 2025 | June 25, 2025 | No | N/A |
| ☑ | 1557828550002 | Certificate of Termination | February 11, 2026 | February 11, 2026 | No | 4 |

Order    Return to Search

Instructions: