

ORIGIN ID:JPNA   (209) 505-8208
JARED WISE
700 CONSTITUTION AVENUE NORTHEAST
APT 37
WASHINGTON, DC 20002
UNITED STATES US

SHIP DATE: 27JUN26
ACTWGT: 1.00 LB
CAD: 6571058/ROSA2710

TO   UNITED STATES DISTRICT CLERK
     UNITED STATES COURTHOUSE
     7940 PRESTON ROAD
     ROOM 101
     PLANO TX 75024
     (214) 872-4800          REF:
PO:                    DEPT:



**FedEx**
Express

**E**

TRK# 8736 5553 1632          MON – 29 JUN 5:00P
0201                         STANDARD OVERNIGHT

XA IRVGG                      SLRA 75024
                             TX-US   DFW



712-8565

# Envelope

## Recycle me.



RECEIVED

JUN 2 6 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN