IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JARED LANE WISE, | § | |
| | § | |
| | § | CIVIL ACTION NO.  4:26-CV-00050-JCB |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| GREGORY   EDMONT   DE   LA | § | |
| DOUCETTE,  EDMONT FOUNDATION, | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

On June 23, 2026, the court issued an order denying Plaintiff's motion for substitute service because Plaintiff failed to file the supporting affidavit required by Texas Rule of Civil Procedure 106(b) with his motion. (Doc. No. 14.) In that order, the court instructed Plaintiff to refile his motion for substitute service with a supporting affidavit that complies with the Texas Rules of Civil Procedure. *Id.* On June 29, 2026, Plaintiff filed a response to the court's order with a supporting affidavit attached. (Doc. No. 15.) However, Plaintiff did not refile his motion for substitute service. *See id.* Per the court's prior order and the Texas Rules of Civil Procedure, Plaintiff must file a motion for substitute service with a supporting affidavit before the court can authorize substitute service. (*See* Doc. No. 14); Tex. R. Civ. P. 106(b).

Accordingly, it is **ORDERED** that Plaintiff shall refile his motion for substitute service with his supporting affidavit attached by **July 6, 2026**. Failure to comply with this order will result in dismissal of this lawsuit.

So ORDERED and SIGNED this 1st day of July, 2026.

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE